**Ethel C. JONES, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 22780.**

United States Court of Appeals
Fifth Circuit.

April 11, 1966.

John Dale Powers, Robert A. Hawthorne, Jr., Baton Rouge, La., for appellant.

Gene S. Palmisano, Asst. U. S. Atty., New Orleans, La., Louis C. LaCour, U. S. Atty., for appellee.

Before JONES and BELL, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

No error appearing, the judgment of the district court is affirmed. Jones v. United States, 239 F.Supp. 474.

Affirmed.

**Jack HANEY, and Michael Haney, an infant, who sues by his next friend, Jack Haney, Appellants,**

v.

**WOODWARD & LOTHROP, INC., and Peter F. Gordon, Appellees.**

**No. 10272.**

United States Court of Appeals
Fourth Circuit.

Argued April 4, 1966.

Decided April 6, 1966.

George A. Fath, Alexandria, Va., for appellants.

E. Waller Dudley, Alexandria, Va. (Andrew W. McThenia, Jr., and Boothe, Dudley, Koontz, Blankingship & Stump, Alexandria, Va., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, J. SPENCER BELL, Circuit Judge, and BUTZNER, District Judge.

PER CURIAM:

After careful consideration of the briefs and the arguments of counsel, we perceive no reversible error in the submission of the case to the jury or in the conduct of the trial.

Affirmed.

**R. O. MACH, Appellant,**

v.

**C. A. REHBERG, Sheriff of Thomas County, Ga., Appellee.**

**No. 22964.**

United States Court of Appeals
Fifth Circuit.

April 11, 1966.

Henry Gonzalez, Ira Weinstein, Tampa, Fla., for appellant.

Marcus B. Calhoun, Thomasville, Ga., for appellee.

Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and LYNNE, District Judge.

PER CURIAM:

The alleged errors complained of in this petition for habeas corpus are not such as may be noticed in a proceeding making a collateral attack on the judgment of the state court.

The judgment is affirmed.